# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-00280-KJD-GWF |
| vs. | **ORDER** |
| LINDA MARIE KOT, | |
| Defendant. | |

This matter is before the Court on Defendant's Ex Parte Motion and Proposed Order for Appointment of Counsel Under the Criminal Justice Act (#72) filed September 6, 2011. Upon review and consideration,

**IT IS ORDERED** that Defendant's Ex Parte Motion and Proposed Order for Appointment of Counsel Under the Criminal Justice Act (#72) is **denied** because Defendant's present counsel is not a member of the CJA Panel. If Defendant requests that the Court appoint CJA counsel in lieu of her present counsel, she should promptly notify the Court by filing a follow-up motion to that effect.

DATED this 15th day of November, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge