UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO PATRICK COUTELIN,<br><br>Defendants. | 2:10-CR-280-KJD-GWF<br><br>**ORDER TO TEMPORARILY MODIFY<br>CONDITIONS OF PRETRIAL RELEASE** |

      Defendant, Hugo Coutelin, having moved this Court for modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145 and with Pretrial Services and the Government not opposing this modification of the conditions of pretrial release,

      IT IS HEREBY ORDERED THAT, Defendant Hugo Coutelin will be permitted to travel to Colorado for work-related purposes with his third party custodian, Leroy Martinez, for the day of December 8, 2011.

      DATED this 7th day of December, 2011.

*George Foley Jr.*
_____
UNITED STATES MAGISTRATE JUDGE