RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICHARD F. BOULWARE
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 (Voice)
(702) 388-6261 (Fax)

Attorneys for Defendant,
Hugo Patricio Coutelin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO PATRICIO COUTELIN,<br><br>Defendant. | 2:10-cr-00280-KJD-GWF<br><br>**EMERGENCY UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Defendant, Hugo Patricio Coutelin, moves this Court for a modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145. This motion seeks permission for Mr. Coutelin to travel to Bakersfield, California from March 1, 2012 to March 6, 2012, to attend a custody hearing. This move is supported by Pretrial Services and is not opposed by the government.

Mr. Coutelin was arrested for bank robbery in violation of 18 U.S.C. § 1344(1) and (2) - Conspiracy to Commit Mail Fraud, Wire Fraud, Bank Fraud and Aiding and Abetting. He was brought before this Court on July 26, 2010. He was released pursuant to the following conditions:

1. Pretrial Services supervision,

2. 3rd party custody to Leroy Martinez,

3. Maintain/seek employment,

4. Travel restricted to Clark County, Nevada for court only, New Mexico, and California for immigration issues,

|   |   |   |
|---|---|---|
| 1 | 5. | Do not possess any firearms; ammunition; or dangerous weapons, |
| 2 | 6. | Refrain from any use of illegal controlled substances, |
| 3 | 7. | Do not associate with those who use or possess controlled substances, |
| 4 | 8. | Defendant placed on home detention to be monitored by GPS. If GPS not available, RF may be used, |
| 6 | 9. | Maintain residence at 902 State Road 76, Espanola, NM. |

Since his release, Mr. Coutelin has been in compliance with the conditions of his pretrial release. In fact, he is not being actively supervised in New Mexico at this time. He has been permitted to travel previously and there have been no problems with such travel.

Mr. Coutelin now seeks permission to modify his conditions of pretrial release to allow him to travel to Bakersfield, California to attend an emergency custody hearing. Mr. Coutelin's ten year-old daughter needs to be removed from an unsafe environment in California where she is living and the court in California is requiring Mr. Coutelin's presence for this emergency hearing tomorrow March 2, 2012. Mr. Coutelin will be staying with his sister Rommy Renteros at 6662 Alexandria Dr. Huntington Beach, CA 92647. Ms. Renteros phone number is 714-476-5657.

The government also does not oppose this modification. Mr. Coutelin, thus, requests that this Court allow him to travel to Bakersfield, California to attend his daughter's custody hearing.

DATED this 1st day of March, 2012.

RENE L. VALLADARES  
Federal Public Defender

/s/ Richard F. Boulware  
_____  
RICHARD F. BOULWARE  
Assistant Federal Public Defender

```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                              * * *
```

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HUGO PATRICIO COUTELIN,<br><br>　　　　Defendant. | 2:10-cr-00280-KJD-GWF<br><br>**ORDER TO MODIFY CONDITIONS OF**<br>**PRETRIAL RELEASE** |

　　　　Defendant, Hugo Patricio Coutelin, having moved this Court for modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145 and Pretrial Services and the Government having consented to a modification of the conditions of pretrial release,

　　　　IT IS HEREBY ORDERED THAT, the Defendant Hugo Patricio Coutelin will be permitted to move to travel to Bakersfield, California from March 1,2012 to March 6, 2012 where he will reside with his sister, Rommy Renteros at 6662 Alexandria Dr. Huntington Beach, CA 92647. Ms. Renteros phone number is 714-476-5657.

　　　　DATED this __1st__ day of March, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 1, 2012, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**, by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney

Stephen Spiegelhalter and Fred G. Medick
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20530
202-307-1423
Fax: 202-514-6118
Email: stephen.spiegelhalter@usdoj.gov

Via Electronic Mail to:

Pretrial Officer, Sandra Bustos (Las Vegas) and

/s/ Claudia Lopez
_____
Claudia Lopez, an Employee of the Law Office of the
Federal Public Defender